**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Eric J. Gitig
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAINA BELLO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PUBLIC HEALTH SOLUTIONS,<br><br>Defendant. | 13 CIV. 8048 (PKC)<br><br>NOTICE OF VOLUNTARY <u>DISMISSAL</u> |

    Plaintiff Shaina Bello ("Plaintiff"), through her undersigned counsel, hereby notices the dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), as to Defendant Public Health Solutions ("Defendant").  Following the filing and service of Plaintiff's Complaint in this action, Defendant has not filed or served an answer or motion for summary judgment responding to Plaintiff's Complaint, such that this matter may be dismissed through the filing of this Notice.

Dated: New York, New York
        February 4, 2014

                                        By:   /s/ Brian S. Schaffer
                                                    Brian S. Schaffer

                                                    FITAPELLI & SCHAFFER, LLP
                                                    Brian S. Schaffer
                                                    Eric J. Gitig
                                                    Fitapelli & Schaffer, LLP
                                                    475 Park Avenue South, 12th Floor
                                                    New York, New York 10016
                                                    Phone: (212) 300-0375
                                                    *Attorneys for Plaintiff*